It is so ordered.

s/James G. Carr
Sr. United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Josh Chisholm, at al.** | : | |
| Plaintiff, | : | |
| v. | : | Case No. 3:16cv01665 |
| **St. Marys City School District Board of Education, et al.** | : | JUDGE JAMES G. CARR |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF DISMISSAL OF ALL REMAINING PLAINTIFFS**

Pursuant to this Court's Order on October 5, 2016, now come all remaining Plaintiffs in this initial action, David Lininger, Dane Chisholm, Reid Lininger, Chance Hicks, Jase Green and Levi Ginter, by and through counsel, and hereby provide notice to the Court and parties of record that they hereby voluntarily dismiss themselves from matter number 3:16-cv-01665 without prejudice. Plaintiff Joshua Chisholm has previously been voluntarily dismissed from this matter, and case number 16-cv-01665 can therefore be closed by the clerk.

Related cases 3:16-cv-02849 (filed by Plaintiff, Dane Chisholm) and 3:16-cv-02853 (filed by Plaintiff, Reid Lininger) shall remain on the active litigation docket.

Respectfully submitted,

| | |
|---|---|
| **/s/ Mark A. Weiker** | **/s/ Sanford Meizlish** |
| Mark A. Weiker (0086413) | Sanford A. Meizlish (0002620) |
| Leslie A. Albeit (0086377) | Jason C. Cox (0095169) |
| ALBEIT WEIKER, LLP | BARKAN MEIZLISH, LLP |
| 262 S. 3rd Street | 250 E. Broad St., 10th Floor |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 |
| T: (614) 368-5100 | T: (614) 221-4221 |
| F: (614) 417-5081 | F: (614) 744-2300 |
| E: mark@awlawohio.com | E: smeizlish@barkanmeizlish.com |
| E: leslie@awlawohio.com | E: jcox@barkanmeizlish.com |

*Trial Counsel for Plaintiff*                          *Co-Counsel for Plaintiff*
Joshua Chisholm                                     Joshua Chisholm

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2018, the foregoing was served to all counsel of record via the Court's ECF filing and notification system.

                                             ***/s/ Mark A. Weiker***
                                             Mark A. Weiker
                                             *Attorney for Plaintiffs*